### STATE OF CONNECTICUT *v.* PHILIP MANN
### (12672)

O'CONNELL, SCHALLER and SPEAR, Js.

Argued June 6—decision released June 28, 1994

*Philip Mann,* pro se, the appellant (defendant).

*David J. Sheldon,* deputy assistant state's attorney, with whom, on the brief, were *Patricia A. Swords,* state's attorney, and *Richard Preston,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.